TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:   (702) 479-4350
Fax:   (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants, **TROY MANGUM;
WADMAN CORPORATION**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. LONGI,<br><br>         Plaintiff,<br><br>vs.<br><br>TROY MANGUM, individually; WADMAN CORPORATION, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>         Defendants. | Case No. 2:18-cv-00811-JAD-VCF |

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Troy Mangum and Wadman Corporation substitutes William H. Doyle, Esq., State Bar No. 6960 as counsel of record in place of Timothy F. Hunter, Esq. Contact information for new counsel is as follows:

Firm Name:   The Doyle Firm PC

Address:   1313 E. Osborn Road, Suite 220, Phoenix, AZ 85014

Telephone:   (602) 240-6711

Facsimile:   (602) 240-6951

E-Mail:   wdoyle@doylelawgroup.com

I consent to the above substitution.

Date: 3/15/19

_____
Troy Mangum

/ / /

1

| | |
|---|---|
| I consent to the above substitution. Date: _____ | _____<br>Wadman Corporation |
| | |
| I consent to being substituted. Date: 3/19/19 | _____<br>Timothy F. Hunter, Esq. |
| | |
| I consent to the above substitution. Date: 3/7/19 | _____<br>William Doyle, Esq. |

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                  JUDGE

2

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

I consent to the above substitution.

Date: 3/7/19

_____
Wadman Corporation

I consent to being substituted.

Date: _____

_____
Timothy F. Hunter, Esq.

I consent to the above substitution.

Date: _____

_____
William Doyle, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 3-18-2019

_____
JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that on the 15th day of March, 2019 I caused the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** to be served as follows:

 ✓ pursuant to N.E.F.C.R. 9 by serving it via electronic service.

___ by placing a true and correct copy in the United States mail, at Las Vegas, Nevada, first class, postage fully prepaid.

___ transmitting a true and correct copy thereof via facsimile to the numbers listed on the attached service list.

___ by Transmission of a true and correct copy thereof via e-mail to the IPO addresses shown on the attached service list.

Bradley J. Myers, Esq., NSB #008857
Dustin Birch, Esq., NSB#010517
THE702FIRM
400 South 7th Street, #400
Las Vegas, NV 89101
P: 702/776-3333
F: 702/505-9787
brad@the702firm.com
dustin@the702firm.com
Attorneys for Plaintiff, **MICHAEL LONGI**

Dennis M. Prince, Esq., NSB #5092
Tracy A. Eglet, Esq., NSB #6419
EGLET PRINCE
400 S. 7th Street, #400
Las Vegas, NV 89101
P: 702/450-5400
F: 702/450-5451
eservice@egletlaw.com
Co-Counsel for Plaintiff, **MICHAEL LONGI**

William H. Doyle, Esq., NSB #6960
THE DOYLE FIRM, P.C.
1313 E. Osborn Road, Suite 220

3

Phoenix, AZ 85014
wdoyle@doylelawgroup.com
P: 602/240-6711
F: 602/240-6951
Co-Counsel for Defendants, **WADMAN CORPORATION; TROY MANGUM**

_____
An employee of RAY LEGO & ASSOCIATES