# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| MICHAEL J LONGI,<br><br>               Plaintiff,<br><br>vs<br><br>TROY MANGUM, individually;<br>WADMAN CORPORATION, a Foreign<br>Corporation, DOES I through X, and ROE<br>CORPORATIONS I through X, inclusive,<br><br>               Defendants. | Case No. 2:18-cv-00811-JCM-VCF<br><br><br>**STIPULATION TO DISMISS *WITH PREJUDICE*** |

Parties, Plaintiff Michael J Longi, by and through his respective undersigned counsel, and Defendants Troy Mangum and Wadman Corporation, by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint against Defendants may be dismissed *with prejudice*, with Plaintiff and Defendants bearing their own costs and attorneys' fees in the above-captioned matter

DATED this 31st day of July 2019.

EGLET ADAMS

By:_____ #6551

Tracy A. Eglet
Robert M. Adams
James A. Trummell
400 S. 7th Street, #400
Las Vegas, Nevada 89101
**Attorneys for Plaintiff**

THE702FIRM

By:_____

Michael C Kane
Bradley J Myers
Dustin E. Birch
400 S. 7th Street, #400
Las Vegas, Nevada 89101
**Attorneys for Plaintiff**

THE DOYLE FIRM, P.C.

By: _____
    William H. Doyle
    Brandon D. Millam
    1313 E. Osborn Road, Suite 220
    Phoenix, Arizona 85014
    **Attorneys for Defendants Wadman
    Corporation and Troy Mangum**

BOYACK ORME & ANTHONY

By: _____
    Edward D. Boyack
    7432 W. Sahara Avenue
    Las Vegas, Nevada 89117
    **Attorney for Defendants Wadman
    Corporation and Troy Mangum**

MORRIS SULLIVAN & LEMKUL

By: _____
    William A. Lemkul
    Christopher A. Turtzo
    3960 Howard Hughes Pkwy, Suite 420
    Las Vegas, Nevada 89169
    **Attorneys for Defendant Wadman
    Corporation**

Pursuant to the foregoing Stipulation to Dismiss with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED August 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

2